## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ADRIAN JACOBS *et al.*
117122                                                                                          PLAINTIFFS

V.                                    3:07CV00057 WRW/HDY

ZANE BOYD *et al.*
DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Tony Harris's claims are DISMISSED WITHOUT PREJUDICE, and his name is removed as a party Plaintiff.

2. Plaintiff Jacobs's claims against the Crittenden County Detention Facility are DISMISSED WITH PREJUDICE, and its name is removed as a party Defendant.

DATED this 9th day of July, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE